UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re CAMPOS, | Case No. 22-cv-04089-HSG |
|---|---|
| Petitioner. | **JUDGMENT** |

For the reasons set forth in the Order of Dismissal, this action is dismissed without prejudice and a certificate of appealability is denied. The Clerk is directed to enter judgment against Petitioner and close the case.

**IT IS SO ORDERED AND ADJUDGED.**

Dated:   9/12/2022

HAYWOOD S. GILLIAM, JR.
United States District Judge